**EXHIBIT "A"**

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
04/23/2019 at 08:06:00 AM
Clerk of the Superior Court
By Adam Thau, Deputy Clerk

**NOTICE TO DEFENDANT:** SF MARKETS, LLC dba SPROUTS
**(AVISO AL DEMANDADO):** FARMERS MARKETS HOLDINGS, LLC AND DOES 1 TO 50, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** GWYNITH PERKINS
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
700 Civic Center Drive West
700 Civic Center Drive West
Santa Ana, 92701

CASE NUMBER: *(Número del Caso):* 30-2019-01064473-CU-PO-CJC

Judge Glenn Salter

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alexandra M. Irons, #161093 310-822-3377 310-821-7027
LAW OFFICES OF BAKER & ORING, LLP
13915 Panay Way, Suite One
Marina del Rey, CA 90292

DATE: *(Fecha)* 04/23/2019 DAVID H. YAMASAKI, Clerk of the Court Clerk, by *(Secretario)* Adam Thau, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: SF Markets, LLC
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify)*: LLC
4. ☒ by personal delivery on *(date)*: 6/11/19



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Alexandra M. Irons, #161093
LAW OFFICES OF BAKER & ORING, LLP
13915 Panay Way
Suite One
Marina del Rey, CA 90292
TELEPHONE NO.: 310-822-3377 FAX NO.: 310-821-7027
ATTORNEY FOR (Name): Plaintiff GWYNITH PERKINS

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
04/18/2019 at 08:53:31 AM
Clerk of the Superior Court
By Briana Brown, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME: PERKINS v. SF MARKETS, LLC

## CIVIL CASE COVER SHEET

[X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 30-2019-01064473-CU-PO-CJC
JUDGE: Judge Glenn Salter
DEPT:

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: 2
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 17, 2019
Alexandra M. Irons, #161093
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Alexandra M. Irons, #161093
LAW OFFICES OF BAKER & ORING, LLP
13915 Panay Way
Suite One
Marina del Rey, CA 90292
TELEPHONE NO: 310-822-3377 FAX NO (Optional): 310-821-7027
E-MAIL ADDRESS (Optional): mdrlawyers@aol.com
ATTORNEY FOR (Name): Plaintiff GWYNITH PERKINS

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California, County of Orange
04/18/2019 at 08:53:31 AM
Clerk of the Superior Court
By Briana Brown, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: GWYNITH PERKINS

DEFENDANT: SF MARKETS, LLC dba SPROUTS FARMERS MARKETS HOLDINGS, LLC AND DOES 1 TO 50, INCLUSIVE

☐ DOES 1 TO ______

## COMPLAINT—Personal Injury, Property Damage, Wrongful Death

☐ AMENDED *(Number):*

Type *(check all that apply):*

☐ MOTOR VEHICLE ☐ OTHER *(specify):*
☐ Property Damage ☐ Wrongful Death
☐ Personal Injury ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*

☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER: 30-2019-01064473-CU-PO-CJC

Judge Glenn Salter

1. Plaintiff *(name or names):* GWYNITH PERKINS

alleges causes of action against defendant *(name or names):* SF MARKETS, LLC dba SPROUTS FARMERS MARKETS HOLDINGS, LLC

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult

a. ☐ except plaintiff *(name):*
  (1) ☐ a corporation qualified to do business in California
  (2) ☐ an unincorporated entity *(describe):*
  (3) ☐ a public entity *(describe):*
  (4) ☐ a minor ☐ an adult
    (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
    (b) ☐ other *(specify):*
  (5) ☐ other *(specify):*

b. ☐ except plaintiff *(name):*
  (1) ☐ a corporation qualified to do business in California
  (2) ☐ an unincorporated entity *(describe):*
  (3) ☐ a public entity *(describe):*
  (4) ☐ a minor ☐ an adult
    (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
    (b) ☐ other *(specify):*
  (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

4. [ ] Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] except defendant *(name)*: SF MARKETS, LLC dba SPROUTS FARMERS MARKETS HOLDINGS, LLC
   - (1) [ ] a business organization, form unknown
   - (2) [X] a corporation
   - (3) [ ] an unincorporated entity *(describe)*:
   - (4) [ ] a public entity *(describe)*:
   - (5) [ ] other *(specify)*:

b. [ ] except defendant *(name)*:
   - (1) [ ] a business organization, form unknown
   - (2) [ ] a corporation
   - (3) [ ] an unincorporated entity *(describe)*:
   - (4) [ ] a public entity *(describe)*:
   - (5) [ ] other *(specify)*:

c. [ ] except defendant *(name)*:
   - (1) [ ] a business organization, form unknown
   - (2) [ ] a corporation
   - (3) [ ] an unincorporated entity *(describe)*:
   - (4) [ ] a public entity *(describe)*:
   - (5) [ ] other *(specify)*:

d. [ ] except defendant *(name)*:
   - (1) [ ] a business organization, form unknown
   - (2) [ ] a corporation
   - (3) [ ] an unincorporated entity *(describe)*:
   - (4) [ ] a public entity *(describe)*:
   - (5) [ ] other *(specify)*:

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [X] Doe defendants *(specify Doe numbers)*: 1-20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [X] Doe defendants *(specify Doe numbers)*: 21-50 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because

a. [ ] at least one defendant now resides in its jurisdictional area.
b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
d. [ ] other *(specify)*:

9. [ ] Plaintiff is required to comply with a claims statute, and

a. [ ] has complied with applicable claims statutes, or
b. [ ] is excused from complying because *(specify)*:

| SHORT TITLE: PERKINS v. SF MARKETS, LLC | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [X] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [X] wage loss
    b. [X] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [X] other damage *(specify):* As a result of each and all of the aforesaid acts and omissions of Defendants, and each of them, Plaintiff was injured about the body and its members and was injured in health, strength and activity, a portion of said injuries being permanent. As a result of said injuries, Plaintiff has had, and in the future will have physical, mental and emotional pain, suffering, worry and anxiety.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
    (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    (1) [X] according to proof
    (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
Prem. L-1, Prem. L-2, Prem. L-3, Prem. L-4, Prem. L-5, GN-1

Date: April 17, 2019

ALEXANDRA M. IRONS
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: PERKINS v. SF MARKETS, LLC | CASE NUMBER: |
|---|---|

FIRST (number) **CAUSE OF ACTION—Premises Liability** Page 4

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: GWYNITH PERKINS
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: May 10, 2017 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

Plaintiff was lawfully in the Sprouts Farmers Market located at 27271 La Paz Road, Laguna Niguel, CA 92677, when a dangerous condition on the premises, consisting of a wooden pallet protruding into the aisle in an area used by pedestrians and customers of the store, caused Plaintiff to trip and fall. As a result, Plaintiff sustained disabling and permanent injuries, pain and mental anguish.

Defendants, and each of them, created and/or had actual knowledge of said dangerous condition or, in the alternative, said dangerous condition existed for sufficient time for Defendants to have constructive notice of such condition. Defendants, and each of them, failed to warn Plaintiff of said dangerous condition.

Prem.L-2. [X] **Count One–Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: SF MARKETS, LLC dba SPROUTS FARMERS MARKETS HOLDINGS, LLC

[X] Does 1 to 20

Prem.L-3. [ ] **Count Two–Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does ______ to ______
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three–Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[X] Does 21 to 50

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

PLD-PI-001(2)

| SHORT TITLE: PERKINS v. SF MARKETS, LLC | CASE NUMBER: |
|---|---|

SECOND (number) **CAUSE OF ACTION—General Negligence** Page 5

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: GWYNITH PERKINS

alleges that defendant *(name)*: SF MARKETS, LLC dba SPROUTS FARMERS MARKETS HOLDINGS, LLC

[X] Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: May 10, 2017

at *(place)*: 27271 La Paz Road, Laguna Niguel, CA 92677

*(description of reasons for liability)*:

At said time and place, Plaintiff GWYNITH PERKINS, was a customer at the Sprouts Farmers Market. Defendants, and each of them, created and or maintained a dangerous condition on the premises consisting of a wooden pallet on the floor which did not have any markings or warning signs. Defendants, and each of them, failed to warn Plaintiff of said dangerous condition. This dangerous condition caused a tripping hazard for the public, including Plaintiff. As a result of said condition, Plaintiff was caused to fall and suffer serious and permanent injuries, pain, suffering, and mental anguish in connection therewith, including but not limited to permanent injuries to her right shoulder, head, scalp, neck, back and right hip, all to her general damage in a sum, the exact amount of which is unknown to Plaintiff at this time.

That as a further result of the negligence of the Defendants, and each of them, Plaintiff, GWYNITH PERKINS, incurred and will, in the future, incur medical and sundry expenses, the exact nature and extent of which are unknown to Plaintiff at this time. Plaintiff will seek damages for medical and related expenses according to proof at the time of trial.

Plaintiff is informed and believes and thereon alleges that said amount is within the jurisdictional limits of the Superior Court of the State of California.